# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JONES LANG LASALLE AMERICAS, INC., | * |
| | * |
| Plaintiff, | * |
| | * CASE NO.: 1:15-cv-591-CG-C |
| v. | * |
| | * |
| SHANNON REEVES TYNDALL, | * |
| | * |
| Defendant. | * |

## DISCLOSURE STATEMENT

COMES NOW Jones Lang LaSalle Americas, Inc., Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similarly related individuals or entities reportable under the provisions of the S.D. Ala. CivLR 7.1:

The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Jones Lang LaSalle, Inc. | Parent company of Plaintiff |

Dated this 30th day of November, 2015.

/s/ *J. Marshall Gardner*
JEFFREY J. GRANTHAM
J. MARSHALL GARDNER
*Attorneys for Jones Lang LaSalle Americas, Inc.*
{03454481.1}      1

OF COUNSEL:

MAYNARD COOPER & GALE, PC
11 North Water Street, Suite 27000
Mobile, AL  36602-5027
Telephone: (251) 432-0001
Facsimile: (251) 432-0007
mgardner@maynardcooper.com

1901 Sixth Avenue North
Regions Harbert Plaza Suite 2400
Birmingham, AL 35203
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
jgrantham@maynardcooper.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on November 30, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing of the foregoing to all counsel of record.

                                    /s/ *J. Marshall Gardner*
                                    J. MARSHALL GARDNER