IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JONES LANG LASALLE AMERICAS, INC.,** | * * * |
| **Plaintiff,** | * * CASE NO.: 1:15-cv-591-CG-C |
| v. | * * |
| **SHANNON REEVES TYNDALL,** | * * |
| **Defendant.** | * |

**ANSWER OF JONES LANG LASALLE AMERICAS, INC.
TO DEFENDANT'S COUNTERCLAIM**

COMES NOW Plaintiff Jones Lang LaSalle Americas, Inc. ("JLL") and for answer to Defendant's Counterclaim shows as follows:

1. The allegations of paragraph 1 are denied.

2. The allegations of paragraph 2 are denied.

3. The allegations of paragraph 3 are denied.

**AFFIRMATIVE DEFENSES**

1. Defendant's Counterclaim fails to state a claim against JLL upon which relief can be granted.

2. Defendant is estopped by her conduct from asserting her claim against JLL.

3. Defendant cannot, by the terms of the contract at issue, recover from JLL.

4. Defendant is barred from recovery because Defendant breached the contract.

5. Defendant is barred from recovery due to her misrepresentations and intentional misconduct.

{03465934.2}  1

/s/ *J. Marshall Gardner*
JEFFREY J. GRANTHAM
J. MARSHALL GARDNER
*Attorneys for Jones Lang LaSalle Americas, Inc.*

OF COUNSEL:

MAYNARD COOPER & GALE, PC
11 North Water Street, Suite 27000
Mobile, AL  36602-5027
Telephone: (251) 432-0001
Facsimile: (251) 432-0007
mgardner@maynardcooper.com

1901 Sixth Avenue North
Regions Harbert Plaza Suite 2400
Birmingham, AL 35203
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
jgrantham@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that, on December 22, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing of the foregoing to all counsel of record.

/s/ *J. Marshall Gardner*
J. MARSHALL GARDNER