IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JONES LANG LASALLE AMERICAS, INC., | * * * * |
| Plaintiff, | * |
| v. | * Case No. 1:15-cv-591-CG-C |
| | * |
| SHANNON REEVES TYNDALL, | * * |
| Defendant. | * |

### DEFENDANT TYNDALL'S NOTICE OF FILING DISCOVERY

COMES NOW Defendant, Shannon reeves Tyndall, by and through her attorneys of record, and submits this Notice of Filing the following with the Court:

1. Defendant Tyndall's Responses to Interrogatories; and

2. Defendant Tyndall's Responses to Requests for Production.

Respectfully submitted by:

/s/ Jennifer Holifield
Jerome E. Speegle (SPE011)
Jennifer S. Holifield (HOL134)
Attorneys for Defendant Shannon Tyndall

Address of Counsel:
Speegle, Hoffman, Holman & Holifield, LLC
P.O. Box 11
Mobile, AL 36601
(251) 694-1700
(251) 694-1998 *fax*
jspeegle@speeglehoffman.com
jholifield@speeglehoffman.com

1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on June 13, 2016, I sent by U.S. Mail, postage prepaid, the foregoing responses to the following:

J. Marshall Gardner
Maynard, Cooper & Gale, PC
11 North Water Street, Suite 27000
Mobile, AL 36602-5027

*Jennifer S Holifield*