# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JONES LANG LASALLE AMERICAS, INC., | : | |
| | : | |
| Plaintiff, | | |
| | : | |
| v. | | Civil Action No. 1:15-0591-CG-C |
| | : | (lead case) |
| SHANNON TYNDALL, | | |
| | | |
| Defendant. | : | |
| | | |
| JOSHUA BURMEISTER, | : | |
| | | |
| Plaintiff, | : | |
| | | |
| v. | : | Civil Action No. 1:16-cv-00012-CG-C |
| | | |
| JONES LANG LASALLE AMERICAS, INC., | : | |
| | | |
| Defendant. | : | |
| | | |
| JONES LANG LASALLE AMERICAS, INC., | : | |
| | : | |
| Plaintiff, | | |
| | : | Civil Action No. 1:16-cv-00259-CG-C |
| v. | | |
| | : | |
| JOSHUA BURMEISTER, | | |
| | | |
| Defendant. | : | |

## **NOTICE OF FILING DISCOVERY**

{03757468.1}   1

Now comes Jones Lang LaSalle Americas, Inc. ("JLL") and submits this notice of filing the following with the Court:

1.  JLL's Responses to Defendant Shannon Reeves Tyndall's First Request for Production of Documents; and

2.  JLL's Answers to Defendant Shannon Reeves Tyndall's First Interrogatories.

    Respectfully submitted,

    */s/ J. Marshall Gardner*
    JEFFREY M. GRANTHAM
    J. MARSHALL GARDNER
    J. BEN SEGARRA
    *Attorneys for Jones Lang LaSalle Americas, Inc.*

OF COUNSEL:
MAYNARD COOPER & GALE, PC
11 North Water Street, Suite 24290
Mobile, AL  36602-5024
Telephone: (251) 432-0001
Facsimile: (251) 432-0007
mgardner@maynardcooper.com
bsegarra@maynardcooper.com

1901 Sixth Avenue North
Regions Harbert Plaza Suite 2400
Birmingham, AL 35203
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
jgrantham@maynardcooper.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 11, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing of the foregoing to all counsel of record.

>	*/s/ J. Marshall Gardner*
>	J. MARSHALL GARDNER