# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JONES LANG LASALLE AMERICAS, INC.,** | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 1:15-cv-0591-CG-C |
| **SHANNON TYNDALL,** | : | (lead case) |
| Defendant. | : | |
| **JOSHUA BURMEISTER,** | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 1:16-cv-00012-CG-C |
| **JONES LANG LASALLE AMERICAS, INC.,** | : | |
| Defendant. | : | |
| **JONES LANG LASALLE AMERICAS, INC.,** | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 1:16-cv-00259-CG-C |
| **JOSHUA BURMEISTER,** | : | |
| Defendant. | : | |

# ORDER RETAINING JURISDICTION
# TO ENFORCE SETTLEMENT AGREEMENT AND DISMISSING CASE

Upon the Joint Motion for Order Retaining Jurisdiction to Enforce Settlement Agreement and Stipulation of Dismissal (Doc. 53 in 1;15-cv-0591-CG-C, Doc. 37 in 1:16-cv-0012-CG-C, Doc. 52 in 1:16-0259-CG-C), the Court hereby dismisses this action with prejudice, but retains jurisdiction of this matter to enforce the settlement agreement, including the entry of a consent judgment, reached between the parties to this litigation.

**DONE** and **ORDERED** this 23rd day of December, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE